UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JONES,

    Plaintiff,

v.                                                                    Case No. 09-11283
                                                                   Hon. Lawrence P. Zatkoff

CORRECTIONAL OFFICER LEE,
CORRECTIONAL OFFICER MASSENGILL,
and MONROE COUNTY JAIL,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

This matter comes before the Court on Magistrate Judge Komives's Report and Recommendation [dkt 38], in which the Magistrate Judge recommends that the Court dismiss without prejudice Plaintiff's claim that he was deprived of his Bible for failure to exhaust and grant in part Defendants' Motion for Summary Judgment [dkt 23], dismissing the remainder of Plaintiff's claims. Plaintiff has filed Objections to the Report and Recommendation [dkt 40].

The Court has thoroughly reviewed the court file, the Report and Recommendation, and Plaintiff's Objections. As a result of that review, the Court OVERRULES Plaintiff's Objections, ADOPTS the Report and Recommendation, and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [dkt 23] is GRANTED IN PART.

IT IS FURTHER ORDERED that Plaintiff's claim that he was deprived of his Bible is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: March 28, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 28, 2012.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290